IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| FREDERICK MAURICE ASHMORE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DETECTIVE WHITE, *et al.*, ) <br> ) <br> Defendants. ) | CIVIL ACT. NO. 3:21-cv-390-ECM <br> (WO) |

**OPINION and ORDER**

On September 14, 2021, the Magistrate Judge entered a Recommendation (doc. 13) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is DISMISSED without prejudice for the Plaintiff's failure to comply with the orders of this Court.

A separate Final Judgment will be entered.

Done this 12th day of October, 2021.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE